UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Frankfort)

| | | |
|---|---|---|
| FRANKLIN COUNTY, KENTUCKY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3: 08-46-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| NATIONWIDE MUTUAL INSURANCE CO., et al., | ) | **JUDGMENT** |
| | ) | |
| Defendants. | ) | |

*** *** *** ***

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, and in accordance with the Memorandum Opinion and Order entered herewith, it is hereby

**ORDERED** and **ADJUDGED** as follows:

(1)     This matter is **DISMISSED** pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure for lack of subject matter jurisdiction.

(2)     The claims asserted in this action by Plaintiff Franklin County, Kentucky, against Nationwide Mutual Insurance Co., Nationwide Mutual Fire Insurance Co., and Nationwide General Insurance Co. are **DISMISSED**, without prejudice.

(3)     This is a **FINAL** and **APPEALABLE** Judgment and there is no cause for delay.

This 17th day of December, 2008.

